**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WANDA WINSBORROW<br>*Plaintiff*<br><br>v.<br><br>STATE OF CONNECTICUT<br>DEPARTMENT OF CORRECTION<br>*Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO: 3:25-1060<br><br><br><br><br><br><br>JULY 3, 2025 |

**<u>NOTICE OF REMOVAL</u>**

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

1. The above-captioned action was commenced in the Connecticut Superior Court, Judicial District of New London entitled *Wanda Winsborrow v. State of Connecticut Department of Correction*, bearing docket number KNL-CV25-6075830-S, returnable on July 22, 2025.

2. The undersigned filed her appearance on behalf of Defendant in the state court matter on July 3, 2025.

3. The Defendant Department of Correction (DOC) was served on June 12, 2025 by service upon the Office of the Attorney General.

4. The Complaint contains four counts: two allege a violation of federal law, Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, and the Civil Rights Act of 1991 against the Defendant DOC.

5. Specifically, the Plaintiff alleges claims against her employing agency of "sex discrimination" and "Race/Color Discrimination" pursuant to Title VII.

6. The Defendant DOC consents to the removal of this action.

7. In her Prayer for Relief, the Plaintiff seeks "1. Money damages, including back pay and front pay; 2. Attorney's fees and costs; 3. Such other remedies as available under law and/or equity and as the Court deems appropriate; 4. A trial by jury."

8. Because the Complaint involves federal questions founded on claims or rights arising under the laws of the United States, over which the District Courts have original jurisdiction, this matter is removable pursuant to Title 28 U.S.C. § 1441(a) through (c).

9. The Defendant also files a copy of the Superior Court Complaint which was served upon it.

**WHEREFORE**, pursuant to Title 28 U.S.C. § 1446, the Defendant DOC respectfully requests that the above-referenced action now pending in the Superior Court of Connecticut, Judicial District of New London, be removed to the United States District Court for the District of Connecticut for all future proceedings.

DEFENDANT

STATE OF CONNECTICUT
DEPARTMENT OF CORRECTION

WILLIAM TONG
ATTORNEY GENERAL

BY: _/s/ Nancy A. Brouillet_
Nancy A. Brouillet
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Tel.: (860) 808-5340
Fax: (860) 808-5383
Federal Bar #ct03138
Email: Nancy.Brouillet@ct.gov

**CERTIFICATION**

I hereby certify that on July 3, 2025 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A copy was also sent to Plaintiff's counsel via his email address at:

Email: lorenzo.cicchiello@yahoo.com

*/s/ Nancy A. Brouillet*
Nancy A. Brouillet (#03138)
Assistant Attorney General